**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MAX REED II, | ) | 3:11-cv-00066-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DEPUTY TRACY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    Before the court is the report and recommendation of the United States Magistrate Judge (#34), filed on January 9, 2012. In the report and recommendation, the magistrate judge recommends that this court enter an order denying the defendants' motion to dismiss (#7). No objections were filed to the magistrate judge's report and recommendation, and the time for doing so has expired.

    On a motion to dismiss, the court reviews a complaint to see if, on its face, it contains sufficient factual matter, accepted as true, to state a plausible claim for relief. *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009). Where a plaintiff appears pro se,

the court construes the pleadings liberally and "afford[s the] plaintiff the benefit of any doubt." *Karim-Panahi v. L.A. Police Dep't*, 839 F.2d 621, 623 (9th Cir. 1988).

With these standards in mind, the court has considered the pleadings and memoranda of the parties and other relevant matters of record. It has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law. Based on this review, and good cause appearing, the court hereby adopts and accepts the report and recommendation of the magistrate judge. The defendants' motion to dismiss (#7) is therefore DENIED.

**IT IS SO ORDERED.**

DATED: This 30th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE

2