# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MAX REED II, | 3:11-cv-00066-HDM-WGC |
| Plaintiff, | |
| vs. | **ORDER** |
| DEPUTY TRACY, DEPUTY JENKINS, *et al.* | |
| Defendant(s) | |

Before the Court is defendants' "Status Report - Request for Scheduling Order." (Doc. #38). The defendants' request (#38) is **DENIED as moot** as a Scheduling Order was previously entered herein on November 10, 2011. (Doc. #26.)

Under the same Scheduling Order, the parties were to file a Joint Pre-Trial Order not later than five days past (1) the date for filing motions for summary judgment or (2) all motions for summary judgment are denied, whichever is later. (Doc. #26 at ¶9.) Any motion for summary judgment herein was supposed to have been on file 30 days after close of discovery. (*Id*. at ¶4.) The close of discovery was February 8, 2012 (i.e., 90 days after entry of the scheduling order). (*Id*, at ¶6.) No motion or summary judgment, nor any dispositive motion, was filed herein. The parties' joint pre-trial order was due on or before March 14, 2012 (5 days after the deadline for filing dispositive motions). However, no pretrial order was filed as required by the Scheduling Order.

/ / /

/ / /

/ / /

Therefore, the parties shall have **up to and including June 29, 2012,** to lodge a Joint Pre-Trial Order with the Court.

**IT IS SO ORDERED.**

DATED:   June 13, 2012.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE