UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MAX REED, II,           ) | 3:11-cv-00066-HDM-WGC |
|              ) | |
| Plaintiff,   ) | **MINUTES OF THE COURT** |
|              ) | |
| vs.           ) | June 25, 2012 |
|              ) | |
| DEPUTY TRACY, *et al.*,   ) | |
|              ) | |
| Defendants.  ) | |
| _____ ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Before the Court is plaintiff's "Motion to Request Statement of Case and Latest Rulings." (Doc. #40.)  The Court notes the defendants filed a similar motion on June 13, 2012 (Doc. #38). The Court deemed defendants' motion to be moot because a scheduling order (Doc. #26) had been previously issued and the time for completion of discovery had passed.  The parties were afforded a new deadline (6/29/12) for submission of a proposed joint pre-trial order. (Doc. #39.) The Court's Order (Doc. #39) addressed and therefore disposed of the same issues raised by plaintiff's motion (Doc. #40).

    Plaintiff's motion (Doc. #40) is **DENIED as moot.**[1]

**IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK


                                        By:        /s/
                                              Deputy Clerk

---

    [1] The Court notes plaintiff has expressed an interest in possible settlement and claims defendants have not responded to either of plaintiff's proposals
. Defendants' counsel is directed to contact plaintiff and discuss these proposals.