## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| MAX REED, II, | ) | 3:11-cv-00066-HDM-WGC |
|  | ) |  |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
|  | ) |  |
| vs. | ) | July 30, 2012 |
|  | ) |  |
| DEPUTY TRACY, *et al.*, | ) |  |
|  | ) |  |
| Defendants. | ) |  |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>  KATIE LYNN OGDEN  </u>  REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's "Motion for Continuance of Discovery and Pre-Trial Orders." (Doc. #44.)  The court had previously entered a Scheduling Order (Doc. #26) which directed that discovery be completed by February 8, 2012.  A pre-trial order was to be filed on or before June 29, 2012 (Doc. #39); no pre-trial order was filed.

Plaintiff's rationale for reopening discovery is that he is being held in "AD-SEG" at Northern Nevada Correctional Center and he is preparing for "serious criminal matters (murder trial)." *Id*. Defendants express no opposition to plaintiff's motion (Doc. #45).

Good cause appearing, plaintiff's motion (Doc. #44) is **GRANTED**.  The parties will be provided relief with respect to the pre-trial order which was supposed to have been filed by June 29, 2012.  Additionally, the Court establishes new deadlines relative to discovery motions, etc., as follows:

Discovery in this action shall be completed on or before **October 29, 2012.**

Discovery motions shall be filed and served no later **November 13, 2012.**

Motions for summary judgment shall be filed and served no later than **November 28, 2012.**

/ / /

**MINUTES OF THE COURT**
3:11-cv-00066-HDM-WGC
Date:  July 30, 2012
Page 2

      The parties shall file a Joint Pretrial Order **five (5) days** past the date for filing motions for summary judgment or all motions for summary judgment are denied, whichever is later.

**IT IS SO ORDERED.**


                                          LANCE S. WILSON, CLERK


                                        By:       /s/                   
                                                 Deputy Clerk