# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAX REED, II, | 3:11-cv-00066-HDM-WGC |
|     Plaintiff, | |
| vs. | |
| DEPUTY TRACY, *et. al*. | |
|     Defendants. | |

**ORDER REQUIRING ELY STATE PRISON TO ACCEPT DELIVERY OF 3 CDs (2 audio and 1 video) AND PROVIDE MECHANISM FOR REVIEW**

To:   Renee Baker, Warden, Ely State Prison
       Nevada Department of Corrections
       Post Office Box 1989
       Ely, Nevada 89301

     IT IS ORDERED that Defendants' discovery responses herein, consisting in part, 3 CDs (2 audio and 1 video) of recording of contacts between staff of Washoe County Detention Facility and Max Reed, inmate number 1068078, be accepted by the Nevada Department of Corrections from the Washoe County District Attorney's Office.

     IT IS FURTHER ORDERED that the Washoe County District Attorney's Office shall contact the Warden's office, Ely State Prison, to make arrangements prior to the CDs being mailed or delivered to the Warden.

/ / /

/ / /

1 |       IT IS FURTHER ORDERED that Max Reed be provided a mechanism for reviewing the CDs and reasonably sufficient time for doing to, to be scheduled at the discretion of the Ely State Prison.

DATED: December 10, 2012.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE

2